[No. 74601-4-I.   Division One.   April 24, 2017.]

BONNIE JEAN ALVAREZ, *Plaintiff*, v. ALLSTATE INSURANCE COMPANY ET AL., *Defendants*, RICK WATHEN ET AL., *Respondents*, JENNA LABOURR ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-31774-3, Catherine D. Shaffer, J., entered December 21, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[No. 74719-3-I.   Division One.   April 24, 2017.]

VERONICA VALDIVIA, *Respondent*, v. DALYNNE SINGLETON, *as Administrator*, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-22010-3, Monica J. Benton, J., entered February 8, 2016. *Reversed* and *remanded* by unpublished opinion per Trickey, A.C.J., concurred in by Becker and Dwyer, JJ.

[No. 74765-7-I.   Division One.   April 24, 2017.]

RALPH HOWARD BLAKELY, *Appellant*, v. MICHAEL CHARLES KAHRS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-12980-5, Laura C. Inveen, J., entered January 25, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Trickey, A.C.J., and Dwyer, J.

[No. 74776-2-I.   Division One.   April 24, 2017.]

U.S. BANK NATIONAL ASSOCIATION, *as Trustee, Respondent*, v. PAUL A. SCHMIDT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-30297-5, Laura Gene Middaugh, J., entered January 29, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Schindler and Leach, JJ.